Alan R. Ackerman, Esq.
Law Offices of Alan R. Ackerman
1719 Route 10 East, Suite 106
Parsippany, NJ 07054
973-898-1177
araesq@alanackermanlaw.com

John P. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Viscayne Blvd., Suite 502
North Miami, FL 33181
305-891-5199
jpf@fullerfuller.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation, and RONALD MOORE, Individually,<br><br>    Plaintiffs,<br><br>            v.<br><br>VJ PLAZA, II, L.L.C., a New Jersey Limited Liability Company<br><br>    Defendant.<br>_____/ | Case No: 2:18-cv-13040-WJM-MF<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiffs, The Independence Project, Inc. and Ronald Moore, and Defendant VJ Plaza, II, LLC, being all of the parties appearing herein, that the within action is dismissed with prejudice and without costs as to any party pursuant to FRCP 41(a)(1)(A)(ii).

Dated: November 8, 2019

    Law Offices of Alan R. Ackerman
      *Attorneys for Plaintiffs*


By   /s/ Alan R. Ackerman
        Alan R. Ackerman

    Shackleton & Hazeltine
      *Attorneys for Defendant*
By   /s/ Kenneth L. Leiby, Jr.
      Kenneth L. Leiby, Jr.

    Zirulnik, Sherlock & Demille
  *Attorneys for Defendant as to Count 2*
By   /s/ Joseph E. Kelley
      Joseph E. Kelley